David Henry MILLER, Plaintiff–Appellant,

v.

STATE OF NORTH CAROLINA DEPARTMENT OF CORRECTION, Defendant–Appellee.

No. 01–7153.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 16, 2001.

David Henry Miller, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

David Henry Miller appeals the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp.2001) complaint for his failure to sufficiently particularize it. We have reviewed the record and the district court's order. We affirm the order on the reasoning of the district court but modify it to provide that the dismissal of Miller's complaint is without prejudice. *Miller v. North Carolina Dep't of Corr.,* No. CA–01–214–5–BO (E.D.N.C. June 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED.*